# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL S. MEEKER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HERBERT S. MEEKER, et al. | : | NO. 17-5467 |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of December, 2017, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

         **BY THE COURT:**

         /s/ Jeffrey L. Schmehl
         **JEFFREY L. SCHMEHL, J.**