12/7/17                    17    5467

Pro Se: Samuel Southmayd Meeker

Title: Meeker v Meeker, Snelling and Bartholomew

Prelimanary Statement

In this action, Plaintiff Samuel S. Meeker seeks immediate, declaratory prelimanary and permanent injunctive relief to enjoin the defendants conduct while indeminifying Herbert S. Meeker unconditionally without exception. Damages from all parties is sought; compensatory and punnitive from each defendant in the sum of $USD 100,000. Defendants evicted me from my home without cause, while I am in a protected class

through the use of forged documents and engaging in a campaign of false claims and harrasment.

Jurisdiction and Venue

Federal laws have been broken, specifically The Fair (subpart B) (100.50-3) (subpart H) (100.600) Housing Act, Americans with Disabilities and The False Claim's Act. Forged official documents were proferred to me and service for Defendant Herbert Meether unauthentic/failed to achieve said service; one which was hand-delivered lacked any signature.

## Parties

Plaintiff is Samuel S. Meeker of 315 S. Broad St. Philadelphia, PA.

Defendats are Herbert S. Meeker, James Bartholomew, Oliver H. Meeker and Elizabeth Horner Snelling.

HSM - 60 Wottrings Mill Road
      Easton, PA  18012

JB - 4001 Schoolhouse Lane
     Center Valley, PA

OHM - 126 Clifton Place
      Jersey City, NJ

EHS - 920 Stat'ls Rd
      Riegelsville, PA



## Bank
### America's Most Convenient Bank®

SAMUEL S MEEKER
60 WOTTRING MILL RD
EASTON PA          18042-6801

622 / TD Simple Checking ▆▆▆▆▆



## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 09/11/2017 | DDA BAL INQ PM3855    706 E GAY STREET | | | $171.18 |
| 09/11/2017 | DDA PURCHASE 319851    WAWA 278 | $3.94 | | $167.24 |
| 09/11/2017 | DDA WITHDRAW 000039DA    3036 WEST EM | $63.00 | | $104.24 |
| 09/11/2017 | BAL INQ FEE | $3.00 | | $101.24 |
| 09/11/2017 | NONTD ATM FEE | $3.00 | | $98.24 |
| 09/12/2017 | PAYPAL        INST XFER | $74.99 | | $23.25 |
| 09/12/2017 | DDA WITHDRAW PM2623    55 MORGAN H | $21.75 | | $1.50 |
| 09/12/2017 | NONTD ATM FEE | $3.00 | | ($1.50) |
| 09/14/2017 | PAYPAL        INST XFER | $9.99 | | ($11.49) |
| 09/15/2017 | DDA BAL INQ PM3918    7572 SCHANTZ RO | | | ($11.49) |
| 09/15/2017 | OVERDRAFT PD | $35.00 | | ($46.49) |
| 09/15/2017 | BAL INQ FEE | $3.00 | | ($49.49) |
| 09/27/2017 | PAYPAL        INST XFER | $75.00 | | ($124.49) |
| 09/28/2017 | OVERDRAFT PD | $35.00 | | ($159.49) |
| 10/10/2017 | MAINTENANCE FEE | $5.99 | | ($165.48) |
| 10/10/2017 | PAPER STATEMENT FEE | $1.00 | | ($166.48) |
| 10/16/2017 | PAYPAL        INST XFER | $9.99 | | ($176.47) |
| 10/17/2017 | OVERDRAFT RET | $35.00 | | ($211.47) |

Complaint

~~Removal From state court~~

~~Complaint~~

IF it may please the court,

I, Samuel Southmayd Meeker,

allege that James Bartholomew acting at

the direction of unassigned co-conspirators,

Elizabeth Horner Snelling and Oliver

Herbert Meeker, intentionally w/

the intent of exposing the plaintiff,

Herbert Southmayd Meeker to

liability and my personal contempt

I never bought the lie that my

Father had signed anything. The

filings I have either lack a signature,

were photocopied or unauthentic

I move for the immediate

redress on the grounds of

forgery. In addition, The American's

with Disability Act, The Fair Housing

Act and The False Claims Act

would serve as my statuatory

basis for overturning the verdict

in Meeker v Meeker

before M.J. Corpora in Northampton

County, PA [MJ-03206-LT0000209]

I am of the opinion an independant

administrator, of no relation to me be

selected by the court to ensure

the proper care for Herbert S. Meeker.

Thus a ask for a writ of Mandamus be issued to return Herbet S. Meeker ~~to returned~~ to 60 Watkings Mill Road Easton, PA 18042, and that the court compell the appropiat parties to that end.

Samuel S. Meeker



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*United States Courthouse*
*312 North Spring Street*
*Los Angeles, California  90012*

October 4, 2017

Samuel S. Meeker
1680 N. Fair Oaks Ave.
Pasadena, CA 90113

Re: Citizen Complaint

Dear Mr. Meeker:

This letter is in response to your complaint/letter dated/received October 2, 2017.

There matter is not under our jurisdiction, you may want to contact a private attorney to assist you with this matter.

The United States Attorney's Office does not conduct investigations, represent clients, answer legal questions or give legal advice and considers this matter closed.

Sincerely,

Citizen Complaints Section





NF 1207956

### NO FEE IDENTIFICATION CARD
### ELIGIBILITY VERIFICATION

*read the instructions on the back before completing this form. Please print in blue or black ink.*

ON 1 — APPLICATION INFORMATION *(true full name required, no "nicknames" or aliases)*

| ME Samuel | MIDDLE NAME Southmayd | LAST NAME Meeker |

OF BIRTH *(MM/DD/YYYY)* 03/23/1982    CALIFORNIA DRIVER LICENSE / IDENTIFICATION CARD NUMBER *(IF APPLICABLE)*

NG ADDRESS 680 N. Fair Oaks Ave    CITY PASADENA    STATE CA    ZIP CODE 91103

IDENCE ADDRESS *(IF DIFFERENT FROM MAILING ADDRESS)*    CITY    STATE    ZIP CODE

*am currently homeless and demonstrated my homeless status to the entity below. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. (See back of form for definition of homeless.)*

APPLICANT'S SIGNATURE   X    DATE 10/20/17

SECTION 2 — VERIFYING HOMELESS SERVICES PROVIDER INFORMATION

TYPE OF HOMELESS SERVICES PROVIDER MUST BE INDICATED

☐ Government Agency   ☐ Human Services Provider   ☐ California Attorney
☐ Educational Liaison   ☐ School Social Worker   ☐ Law Enforcement Officer
☐ Public Social Services Provider   ☑ Non-Profit Agency

PRINTED NAME OF QUALIFIED VERIFIER OR HOUSING STATUS  Patty Hendel    TITLE Social Svcs. Mgr

HOMELESS SERVICES PROVIDER NAME   Principles Inc. (dba Impact)
ADDRESS   1680 N. Fair Oaks Ave   Pasadena, CA 1103   STATE   ZIP CODE

TELEPHONE NUMBER (626) 798 0884

EMAIL ADDRESS patty@ImpactHouse

*I am, or am employed by or volunteer at, the homeless services provider indicated above, and in the course of that work I evaluate the housing status of those seeking homeless services. I certify that the housing status of this identification card applicant meets the definition of homeless in Title 13, California Code of Regulations §15.08. I will retain the evidence I relied on in reaching this conclusion for one yr from the date of this verification. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. (See back of form for definition of homeless and homeless services provider.)*

SIGNATURE OF QUALIFIED VERIFIER OF HOUSING STATUS   X  Patty Hendel    DATE 10/20/17

### INSTRUCTIONS TO THE APPLICANT:
*This form is only valid if presented in person to DMV within 90 days of its completion by the qualified verifier. A photocopy f this form is not acceptable. All requirements for the issue of a California identification card apply. For more information garding California identification card requirements please refer to the California Driver Handbook or the DMV website at www.dmv.ca.gov. Save time, make an appointment online www.dmv.ca.gov or call 1-800-777-0133.*

FOR USE ONLY

LINE STAMP    APPLICANT'S IDENTIFICATION NUMBER

**This form OT transferable.**

(REV. 3/2016)

*!D ▬ER ACIATION*
*?HIL▬ADEIA*

.som Street
.phia, PA 191⊂▬2
⌐68-3190

KEIR BRADFORD-GREY
CHIEF DEFENDER

Date: 11/27/17

To Whom I⊏ May C

Please excus▬ e _Sel Meehr_ from work/school on
_Nown ~er 2a7_ , as he/she was in our office on official court business.

Thank you,

Assistant Defender

**FROM THE OFFICE OF CONGRESSMAN CHARLES W. DENT, PA-15**
**CONSTITUENT SERVICES RELEASE FORM**

| | |
|---|---|
| Name: _Samuel S. Meeker_ | Home Phone: (610) 438-8034 |
| | Cell Phone: ( ) - |
| Street Address: _Herk Wattanga Mill Rd_ | Social Security Number: ▓▓▓▓ |
| City, State, ZIP Code: _Perk PA   18047_ | Veteran or Alien Number (if applicable): |
| E-mail Address: _Locust21568@gmail.com_ | Date of Birth: _03-23-1982_ |

Name(s) of Family Member(s)
(if applicable to this inquiry): _Horbert S. Meeker_

Other congressional office(s) contacted (if applicable): _____

Please provide a brief description of your issue and specify the information you are requesting. Use the back of this form or attach additional pages as needed. (Please include _copies_ of documentation relevant to your inquiry):

_Need legal aid for POA_
_Hospital Durable challenge_
_power Breach_

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_8-4-17_
Date                              Signature

**CONTACT INFORMATION:**
**Lehigh Valley District Office**
**3900 Hamilton Boulevard, Suite 207**
**Allentown, PA 18103**
**Phone: 610-770-3490**

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

_____ **County**

| For Prothonotary Use Only: | TIME STAMP |
|---|---|
| Docket No: **C-48-CV-2017-8013** | |

_The information collected on this form is used solely for court administration purposes.  This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court._

<table>
<tr><td rowspan="7"><b>S E C T I O N   A</b></td><td colspan="2">
<b>Commencement of Action:</b><br>
☑ Complaint     ☐ Writ of Summons     ☐ Petition<br>
☒ Transfer from Another Jurisdiction     ☐ Declaration of Taking
</td></tr>
<tr>
<td>Lead Plaintiff's Name:<br><i>Herbert S. Mulray</i></td>
<td>Lead Defendant's Name:<br><i>Hester Samuel S. much</i></td>
</tr>
<tr>
<td><b>Are money damages requested?</b> ☐ Yes ☒ No</td>
<td><b>Dollar Amount Requested:</b><br>(check one)   ☐ within arbitration limits<br>☐ outside arbitration limits</td>
</tr>
<tr>
<td><b>Is this a <i>Class Action Suit?</i></b> ☐ Yes ☒ No</td>
<td><b>Is this an <i>MDJ Appeal?</i></b> ☒ Yes ☐ No</td>
</tr>
<tr><td colspan="2">
. Name of Plaintiff/Appellant's Attorney:   <i>James Bartholomew</i><br>
    ☐   <b>Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)</b>
</td></tr>
</table>

**Nature of the Case:**   Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**.  If you are making more than one type of claim, check the one that you consider most important.

<table>
<tr><td rowspan="4"><b>S E C T I O N   B</b></td>
<td valign="top">

**TORT** _(do not include Mass Tort)_
☐ Intentional
☐ Malicious Prosecution
☐ Motor Vehicle
☐ Nuisance
☐ Premises Liability
☐ Product Liability _(does not include mass tort)_
☐ Slander/Libel/ Defamation
☐ Other:

</td>
<td valign="top">

**CONTRACT** _(do not include Judgments)_
☐ Buyer Plaintiff
☐ Debt Collection: Credit Card
☐ Debt Collection: Other

☐ Employment Dispute: Discrimination
☐ Employment Dispute: Other

☐ Other:

</td>
<td valign="top">

**CIVIL APPEALS**
Administrative Agencies
☐ Board of Assessment
☐ Board of Elections
☐ Dept. of Transportation
☐ Statutory Appeal: Other

☐ Zoning Board
☐ Other:

</td></tr>
<tr>
<td valign="top">

**MASS TORT**
☐ Asbestos
☐ Tobacco
☐ Toxic Tort - DES
☐ Toxic Tort - Implant
☐ Toxic Waste
☐ Other:

</td>
<td valign="top">

**REAL PROPERTY**
☐ Ejectment
☐ Eminent Domain/Condemnation
☐ Ground Rent
☒ Landlord/Tenant Dispute
☐ Mortgage Foreclosure: Residential
☐ Mortgage Foreclosure: Commercial
☐ Partition
☐ Quiet Title
☐ Other:

</td>
<td valign="top">

**MISCELLANEOUS**
☐ Common Law/Statutory Arbitration
☐ Declaratory Judgment
☐ Mandamus
☐ Non-Domestic Relations Restraining Order
☐ Quo Warranto
☐ Replevin
☐ Other:

</td></tr>
<tr>
<td valign="top">

**PROFESSIONAL LIABLITY**
☐ Dental
☐ Legal
☐ Medical
☐ Other Professional:

</td><td></td><td></td></tr>
</table>

10/11/17

Dear Jim,

I am enclosing several photocopies for HSM file.

1) "Marjorie Snelling" letter and related emails from () SSM to HSM; allegedly HSM. I contend EHS penned the letter and emails. Kathleen Dellaporta was her AA Sponsee.

2) BNY/Mellon Samuel S. Meehen account that has been liquidated and related Memo to Christopher Layno.

3.) US Attorney response to my complaint.

4) EHS Handwriting for Comparison; HSM Sample () I saw him pen + this letter for myself as samples.

5) I request HSM allow

me to hire an attorney in NY for BNY/Mellon and Marjorie Snelling forger a PA lawyer.

10/11/17

Photocopied for SSM File

# FITZPATRICK LENTZ & BUBBA
## ATTORNEYS AT LAW

FITZPATRICK LENTZ & BUBBA, P.C. • 4001 SCHOOLHOUSE LANE • PO BOX 219 • CENTER VALLEY, PA 18034-0219
STABLER   CORPORATE   CENTER • PHONE:  610.797.9000 • FAX:  610.797.6663 • www.flblaw.com

Edward J. Lentz

Joseph A. Fitzpatrick, Jr.

Joseph A. Bubba

Timothy D. Charlesworth

Douglas J. Smillie*

Emil W. Kantra II

Joseph S. D'Amico, Jr.*

Michael R. Nesfeder

Catherine E. N. Durso

Jane P. Long

Erich J. Schock

Marie K. McConnell*

James A. Bartholomew

Jacob M. Sitman*

Steven T. Boell

Joshua A. Gildea

Thomas J. Schlegel*

Colin J. Keefe†

Barbara S. Zicherman†

Maraleen D. Shields

Abigail M. Martin

Peter E. Iorio*†

Gretchen L. Geisser*

Kenneth R. Charette*

Mallory J. Sweeney*

Veronica M. DeAngelo*

John A. Weiss, Jr.*

Also admitted in New Jersey
Also admitted in New York
Registered Patent Attorney

James G. Kellar
1927-2002

Douglas Panzer*■
Of Counsel
Intellectual Property Law

Albertina D. Lombard*
Kathleen M. Mills
Karl H. Kline
Of Counsel

July 17, 2017

Samuel S. Meeker
60 Wottring Mill Road
Easton, PA 18042

*Hand Delivered*

Re:  **NOTICE OF EVICTION**

Dear Samuel:

This law firm represents the interests of your father, Herbert S. Meeker, who is the owner of the property at 60 Wottring Mill Road, Easton, PA 18042 where you have been living.

You are no longer welcome to reside at the property and this letter is formal Notice to you that you must remove yourself from the property within fifteen (15) days of hand delivery of this Notice to you.  Upon leaving the property, you are not permitted to return to or come onto the property for any reason unless specifically permitted in writing by your father.

**IF YOU SHOULD FAIL TO VACATE THE PROPERTY WITHIN FIFTEEN (15) DAYS OR RETURN TO THE PROPERTY WITHOUT WRITTEN PERMISSION OF YOUR FATHER AS SET FORTH IN THIS LETTER, YOU WILL BE CONSIDERED TO BE A TRESPASSER AND SUBJECT TO EVICTION AND CRIMINAL PROCEEDINGS FOR TRESPASS.**

This Notice is being given to you at the direction of your father.  Please guide yourself accordingly.

Sincerely yours,

James A. Bartholomew

cc:    Herbert S. Meeker



Gmail - Herbert S. Meeker

**Herbert S. Meeker**

| | |
|---|---|
| **James A. Bartholomew** <jbartholomew@flblaw.com><br>To: "locust215@gmail.com" <locust215@gmail.com> | Fri, Jul 21, 2017 at 12:14 PM |

Dear Samuel:

I understand that, in addition to your e-mails to me over the past several days, you have had several telephone conversations with our office manager and left a voice message for Attorney Lentz.

As you are aware, your father is 92 years of age and has significant medical issues which require that he be attended by daily care givers. Your behavior while living on your father's property has affected the ability of your father's care givers to attend to his needs and is harmful to your father's health and safety. As your father's attorney, I was asked to take steps to cause you to remove yourself from your father's property. I certainly understand that this is very upsetting to you, and I am sorry for that.

In the meantime, I understand that your father has moved to a different location for his own well-being and safety. I do not expect that he will return to his home until you have left the property as requested in the Notice of Eviction that was hand-delivered to you on Monday. There is nothing that I can do or that anyone else in my office can do at this time to change the situation. I would hope that- out of respect for your father and his well-being - you would voluntarily make arrangements to leave the property and re-locate to other living quarters so that your father can return to his home.

Unless your father instructs me to do otherwise, you should take steps to leave your father's property. If you have retained a lawyer, please have your lawyer contact me and I will discuss the situation with your lawyer.

**JAMES A. BARTHOLOMEW I ATTORNEY I FITZPATRICK LENTZ & BUBBA, P.C.**

4001 Schoolhouse Lane, Center Valley, PA 18034

Tel: (610) 797-9000, ext. 328 I Fax: (610) 797-6663

Administrative Assistant: Betty Ann Zettlemoyer, ext. 320

Emaill Admin Emaill Website I Biol LinkedIn

*1A   False Representation, official oppression*
*Dragonetti*

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF NORTHAMPTON**                                      **LANDLORD/TENANT COMPLAINT**

Magisterial District Number:   #03-2-06

MDJ Name: Hon.   HONORABLE DANIEL G. CORPORA

Address:   St. JOHN PLAZA, 210 LINE STREET
EASTON, PA 18042

Telephone:   (610) 258-8711

| | Amount | Date Paid |
|---|---|---|
| Filing Costs | $ | |
| Postage | $ | |
| Service Costs | $ | |
| Constable Ed. | $ | |
| Total | $ | |

**PLAINTIFF:**                    NAME and ADDRESS

HERBERT S. MEEKER

60 WOTTRING MILL ROAD

EASTON, PA 18042

**VS.**

**DEFENDANT:**                    NAME and ADDRESS

SAMUEL S. MEEKER

60 WOTTRING MILL ROAD
EASTON, PA 18042

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable
by the prevailing party.

Docket No.:
Date Filed:

TO THE DEFENDANT: The above named plaintiff(s) asks judgment together with costs against you for the possession of real property
and for:

Lease is   ✓ Residential   ___ Nonresidential      Monthly Rent  $ 0.00        Security Deposit  $ 0.00

☐ A determination that the manufactured home and property have been abandoned
A Request for Determination of Abandonment (Form MDJS 334) must be completed and submitted with this complaint
☐ Damages for injury to the real property, to wit:

in the amount of  $ _____

☐ Damages for the unjust detention of the real property in the amount of                          $ _____
☐ Rent remaining due and unpaid on filing date in the amount of                                   $ _____
☐ And additional rent remaining due and unpaid on hearing date                                    $ _____
☐ Attorney fees in the amount of                                                                  $ _____

Total:   $ _____

THE PLAINTIFF FURTHER ALLEGES THAT:

1.   The location and address, if any, of the real property is  60 WOTTRING MILL ROAD, EASTON, PA 18042
2.   The plaintiff is the landlord of that property.
3.   The plaintiff leased or rented the property to you ~~or to~~  ON AN AT-WILL BASIS WITHOUT RENT    ~~under whom you claim.~~
4.   ✓   Notice to quit was given in accordance with law, or
     ☐   No notice is required under the terms of the lease.
5.   ☐   The term for which the property was leased or rented is fully ended, or
     ✓   A forfeiture has resulted by reason of a breach of the conditions of the lease, to wit:  EXPIRATION OF PERMISSION TO
         LIVE ON THE PROPERTY AND NOTICE TO QUIT WITHIN FIFTEEN (15) DAYS AND FAILURE TO LEAVE PROPERTY     or,
     ☐   Rent reserved and due has, upon demand, remained unsatisfied.
6.   You retain the real property and refuse to give up its possession.

I,  HERBERT S. MEEKER, OWNER/LANDLORD                        verify that the facts set forth in this complaint are true and correct to the
best of my knowledge, information and belief.  This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904)
relating to unsworn falsification to authorities.

                                                                        (Signature of Plaintiff)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1.

IF YOU HAVE A DEFENSE to this complaint you may present it at the hearing.  IF YOU HAVE A CLAIM against the plaintiff arising out of the occupancy
of the premises, which is in the magisterial district judge jurisdiction and which you intend to assert at the hearing, YOU MUST FILE it on a complaint form
at the office BEFORE THE TIME set for the hearing.  IF YOU DO NOT APPEAR AT THE HEARING, a judgment for possession and costs, and for
damages and rent if claimed, may nevertheless be entered against you.  A judgment against you for possession may result in your EVICTION from the
premises.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the
Magisterial District Court at the above address or telephone number.  We are unable to provide transportation.

AOPC 310A-11

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON

*1B*

LANDLORD/TENANT COMPLAINT

Magisterial District Number: #03-2-06

MDJ Name/Hon: HONORABLE DANIEL G. CORPORA

Address: St. JOHN PLAZA, 210 LINE STREET
EASTON, PA 18042

Telephone: (610) 258-6711

**PLAINTIFF:**    NAME and ADDRESS

HERBERT S. MEEKER

60 WOTTRING MILL ROAD

EASTON, PA 18042

VS.

**DEFENDANT:**    NAME and ADDRESS

SAMUEL S. MEEKER

60 WOTTRING MILL ROAD
EASTON, PA 18042

|  | Amount | Date Paid |
|---|---|---|
| Filing Costs | $ 113.00 | |
| Postage | $ 4.50 | |
| Service Costs | $ 26.85 | |
| Constable Ed. | $ 5.00 | |
| Total | $ 143.35 | 8-16-17 |

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable
by the prevailing party.

Docket No.: LT-209-17
Date Filed: 8-16-17

TO THE DEFENDANT: The above named plaintiff(s) asks judgment together with costs against you for the possession of real property and for:

Lease is ✓ Residential ___ Nonresidential    Monthly Rent $ 0.00    Security Deposit $ 0.00

☐ A determination that the manufactured home and property have been abandoned
A Request for Determination of Abandonment (Form MDJS 334) must be completed and submitted with this complaint

☐ Damages for injury to the real property, to wit:
In the amount of $ _____

☐ Damages for the unjust detention of the real property in the amount of    $ _____
☐ Rent remaining due and unpaid on filing date in the amount of    $ _____
☐ And additional rent remaining due and unpaid on hearing date    $ _____
☐ Attorney fees in the amount of    $ _____

THE PLAINTIFF FURTHER ALLEGES THAT:    Total: $ _____

1. The location and address, if any, of the real property is 60 WOTTRING MILL ROAD, EASTON, PA 18042
2. The plaintiff is the landlord of that property.
3. The plaintiff leased or rented the property to you or to ON AN AT-WILL BASIS WITHOUT RENT under whom you claim.
4. ☑ Notice to quit was given in accordance with law, or
   ☐ No notice is required under the terms of the lease.
5. ☐ The term for which the property was leased or rented is fully ended, or
   ☑ A forfeiture has resulted by reason of a breach of the conditions of the lease, to wit: EXPIRATION OF PERMISSION TO
   LIVE ON THE PROPERTY AND NOTICE TO QUIT WITHIN FIFTEEN (15) DAYS AND FAILURE TO LEAVE PROPERTY    or,
   ☐ Rent reserved and due has, upon demand, remained unsatisfied.
6. You retain the real property and refuse to give up its possession.

I, HERBERT S. MEEKER, OWNER/LANDLORD    verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) relating to unsworn falsification to authorities.

(Signature of Plaintiff)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1.

IF YOU HAVE A DEFENSE to this complaint you may present it at the hearing. IF YOU HAVE A CLAIM against the plaintiff arising out of the occupancy of the premises, which is in the magisterial district judge jurisdiction and which you intend to assert at the hearing, YOU MUST FILE it on a complaint form at the office BEFORE THE TIME set for the hearing. IF YOU DO NOT APPEAR AT THE HEARING, a judgment for possession and costs, and for damages and rent if claimed, may nevertheless be entered against you. A judgment against you for possession may result in your EVICTION from the premises.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

AOPC 310A-11

Tara Goodman witness

917-399
-3983

Recieved on 8-16-17
in Door—not in Mail)

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON

SEP 13 2017



**Request for Order for Possession**

| | |
|---|---|
| Mag. Dist. No: | #03-2-06 |
| MDJ Name: | HON DANIEL G. CORPORA |
| Address: | ST. JOHN PLAZA, 210 LINE ST. EASTON, PA 18042 |
| Telephone: | ( 610 )   258-8711 |

PLAINTIFF:                    NAME and ADDRESS

HERBERT S. MEEKER
60 WOTTRING MILL ROAD
EASTON, PA 18042

DEFENDANT:          VS.          NAME and ADDRESS

SAMUEL S. MEEKER
60 WOTTRING MILL ROAD
EASTON, PA 18042

Docket No: MJ-03206-LT-0209-2017
Case Filed: 08/16/17
Time Filed: _____ AM/PM
Date Order Filed: 08/23/17

| | | |
|---|---|---|
| Judgment Amount | $ | _____ |
| Costs in Original LT Proceeding | $ | _____ |
| Costs in this Proceeding | $ | _____ |
| Attorney Fees | $ | _____ |
| Total | $ | 0.00 |

TO THE MAGISTERIAL DISTRICT JUDGE: The Plaintiff(s) named below, having obtained a judgment for possession of real property located at: 60 WOTTRING MILL ROAD
EASTON, PA 18042

Address, if any:

Requests that you issue an ORDER FOR POSSESSION for such property.

Plaintiff: HERBERT S. MEEKER                    Date: 09/13/2017

Plaintiff Signature:

MDJS 311ABL                                                        1

IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

HERBERT S. MEEKER,                     )        NO.  C48-CV-2017-08013
                                       )
                Plaintiff,             )
        v.                             )
                                       )
SAMUEL S. MEEKER,                      )
                                       )
                Defendant.             )

### PRAECIPE TO STRIKE APPEAL FROM DISTRICT JUSTICE

TO THE PROTHONOTARY:

        Pursuant to Pa. R.C.P.M.D.J. No. 1006, kindly strike the appeal filed by the Defendant in

this matter for failure to comply with Pa. R.C.P.M.D.J. No. 1005B.


                             FITZPATRICK LENTZ & BUBBA, P.C.


                             By: _____
                                 James A. Bartholomew
                                 I.D. No. 14039
                                 4001 Schoolhouse Lane – P.O. Box 219
                                 Center Valley, PA  18034
                                 (610) 797-9000
                                 Attorney for Plaintiff

IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, PENNSYLVANIA
CIVIL LAW - PROTECTION FROM ABUSE

SAMUEL S. MEEKER,                    :
       Plaintiff                     :          No. 2014-0807
                                     :
vs.                                  :
                                     :
OLIVER H. MEEKER,                    :
       Defendant                     :

**ORDER TO DISMISS**

AND NOW on ___11/24/2014___ the prior Order in this matter entered

November 24, 2014 is VACATED and;

_____    upon Plaintiff's motion to withdraw or discontinue this action,

_____    upon Plaintiff's motion to dismiss this action,

_____    upon failure of Plaintiff to appear,          *Filed*
                                                         *2014 24 Am 1129*
_____    _____
(Other)

it is the Order of this court that:

1.  __✓__        This matter is dismissed without prejudice.

    _____      This matter is dismissed with prejudice.

2.  The Order filed on: _____ is hereby dismissed.

    Additional Court Findings:

    ┌─────────────────────────────────────────┐
    │                                         │
    │                                         │
    │                                         │
    └─────────────────────────────────────────┘

                              BY THE COURT:

                              _____
                                                          J.

Distribution to:    PLAINTIFF
                    DEFENDANT
                    PENNSYLVANIA STATE POLICE - BETHLEHEM
                    POLICE FOR RESIDENCE

Subject:   Re: Tony Muir, esq Conversation

From:     sam Meeker (locust215@gmail.com)

To:       lwolves47@yahoo.com;

Date:     Thursday, June 27, 2013 4:37 PM


Dad, why did tony muir send me this note telling me not to contact you re: future financial needs? It is inconsistent with you last message. Please directly clarify. Marges email. Should be on the email I forwarded to you.

samuel s. Meeker

On Thursday, June 27, 2013, Kathleen DellaPorta <                              > wrote:

> Sam,

>

> I have your emails and am thinking of whether I should meet any of your requests and if so how.

>

> Please send me:

> Name Marge uses, her address, phone number and email contact.

>

> Dad

> From: sam Meeker <                              >

> To: Kathleen DellaPorta <                              >

> Sent: Wednesday, June 26, 2013 10:23 AM

> Subject: Re: Tony Muir, esq Conversation

>

> Kat

> I hope everything is alright.  My buddy has left for Baltimore to handle the warrants.  I am going to call in the next hour or so.  I don't mean to flood you with calls, but considering that I have to return to Philadelphia and my freedom depends on it I have to be a little aggressive.  The following should be printed for my father.

>

> Dad,

> I am in York, Pa.  My friend Jason Kelley had to go to Baltimore to turn himself in on some traffic warrants. As a consequence I am alone at his house without any real way to return to Philadelphia, which I have to do.  I realize that this is an inconvenience for you and me.  I don't mean to be pushy, but in light of the current events I have to return to Philadelphia and not be without adequate housing. As it is I don't even have the money to get on the train from Lancaster to Philadelphia.

> Samuel Southmayd Meeker

>

>

> On Tue, Jun 25, 2013 at 3:54 PM, sam Meeker <                              > wrote:

>

> Kat,

> It looks like my friend who I am staying with has to turn himself on some traffic warrants that he failed to address before he got sober.  It is inconvenient to say the least. I now am in a position where I have to go back to Philadelphia tomorow or the next day regardless. I am sorry if my calls in any way are an inconvenience. I just  got the news about an hour ago, so I am trying to make plans to

6/30/13

Dear Marge:

My father, Herbert S. Meeker of 60 Wottring Mill Road, Easton, Pa 18042 will send you $15,000 to cover the cost of "D.J" equipment to be purchased by me up to a maximum of $15,000. I will deliver to you valid invoices for the equipment.

Upon receipt by you of my share of the Snelling Estate funds, I hereby irrevocably authorize you to deduct from my share and pay to my father ~~the~~ $15,000.

Thank you so much
Sincerely

Samuel S. Meeker



**AFFIDAVIT THAT POWER OF ATTORNEY IS IN FULL FORCE**

*(to be executed by attorney-in-fact before a notary public)*

STATE OF CALIFORNIA        COUNTY OF Los Angeles   ss.:

SAMUEL MEEKER   being duly sworn, deposes and says:

1. The Principal within did, in writing, appoint me as the Principal's true and lawful ATTORNEY(S)-IN-FACT in the within Power of Attorney.

2. I have no actual knowledge or actual notice of revocation or termination of the Power of Attorney by death or otherwise, or knowledge of any facts indicating the same. I further represent that the Principal is alive, has not revoked or repudiated the Power of Attorney and the Power of Attorney still is in full force and effect.

3. I make this affidavit for the purpose of inducing

to accept delivery of the following Instrument(s), as executed by me in my capacity as the ATTORNEY(S)-IN-FACT, with full knowledge that this affidavit will be relied upon in accepting the execution and delivery of the Instrument(s) and in paying good and valuable consideration therefor:



STUART TOOREDMAN
Commission # 1393879
Notary Public - California
Los Angeles County
My Comm. Expires Jan 14, 2007

Sworn to before me on   11/08/06        Tooredman   Notary

*Publisher's Note: This document is printed on 50% cotton paper. Unlike ordinary photocopy paper, this stock resists turning brittle and brown with age. Insist on genuine Blumberg forms to ensure the longevity of this important document.*

*The publisher maintains property rights in the layout, graphic design and typestyle of this form as well as in the company's trademarked logo and name. Reproduction of blank copies of this form without the publisher's permission is prohibited. Such unauthorized use may constitute a violation of law or of professional ethics rules. However, once a form has been filled in, photocopying is permitted.*

Samuel S. Meeker

TO

Herbert S. Meeker

DURABLE
**Power of Attorney**
Statutory Short Form

Dated,

_____
Samuel    S.    Meeker,    Individually    and    as
representative of the minor, unascertained, and
unborn descendants of Mr. Snelling and more
remote beneficiaries of the 2008 Trust, the 1998
Dynasty Trust #1 and the 1998 Dynasty Trust #2

_____
Henry S. Meeker, Individually and as representative
of   the   minor,   unascertained,   and   unborn
descendants of Mr. Snelling and more remote
beneficiaries of the 2008 Trust, the 1998 Dynasty
Trust #1 and the 1998 Dynasty Trust #2

_____
Oliver    H.    Meeker,    Individually    and    as
representative of the minor, unascertained, and
unborn descendants of Mr. Snelling and more
remote beneficiaries of the 2008 Trust, the 1998
Dynasty Trust #1 and the 1998 Dynasty Trust #2

_____
Sophie W. Bober, Individually and as representative
of   the   minor,   unascertained,   and   unborn
descendants of Mr. Snelling and more remote
beneficiaries of the 2008 Trust, the 1998 Dynasty
Trust #1 and the 1998 Dynasty Trust #2

13

E OR PRINT) Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING -** FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

**ASSIGNMENT OF TITLE -** as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is

_____ (miles) and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits

☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: MO. 12  DAY 10  YEAR 14

_Taylor L Kircher_
SIGNATURE OF PERSON ADMINISTERING OATH

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Taylor L. Kircher, Notary Public
Palmer Twp, Northampton County
My commission expires June 03, 2018

| | LAST | FIRST | MIDDLE NAME |
|---|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | Azar Towing | | |

CO-PURCHASER

STREET ADDRESS

CITY

STATE    ZIP    PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE (X) _Herbert S Mecker_
SIGNATURE OF SELLER

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE (X) _Herbert S. Mecker_

If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER-**

I/We certify, to the best of my/our knowledge that the odometer reading is

_____TENTHS ☐ (miles) and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits

☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: MO.    DAY    YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

| | LAST | FIRST | MIDDLE NAME |
|---|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | | | |

CO-PURCHASER

STREET ADDRESS

CITY

STATE    ZIP    PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER-**

I/We certify, to the best of my/our knowledge that the odometer reading is

_____TENTHS ☐ (miles) and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits

☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: MO.    DAY    YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

| | LAST | FIRST | MIDDLE NAME |
|---|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | | | |

CO-PURCHASER

STREET ADDRESS

CITY

STATE    ZIP    PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

If purchaser is NOT a registered dealer Section D on the front of this form must be completed.

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER-**

I/We certify, to the best of my/our knowledge that the odometer reading is

_____TENTHS ☐ (miles) and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits

☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: MO.    DAY    YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

| | LAST | FIRST | MIDDLE NAME |
|---|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | | | |

CO-PURCHASER

STREET ADDRESS

CITY

STATE    ZIP    PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

STAMP OR SEAL

An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.

Nissan
12/10/14

ECK HERE IF APPLICATION FOR DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $ _____

M 51—Statutory short form of General Power of Attorney:
with affidavit of attorney, GOL § 5-1501: 12 pt. type, 6-02

**Blumberg**Excelsior, Inc., Publisher, NYC 10013
www.blumberg.com

# DURABLE GENERAL POWER OF ATTORNEY
## NEW YORK STATUTORY SHORT FORM

### *THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE*
### *SHOULD YOU BECOME DISABLED OR INCOMPETENT*

**Caution:** This is an important document. It gives the person whom you designate (your "Agent") broad powers to handle your property during your lifetime, which may include powers to mortgage, sell, or otherwise dispose of any real or personal property without advance notice to you or approval by you. These powers will continue to exist even after you become disabled or incompetent. These powers are explained more fully in New York General Obligations Law, Article 5, Title 15, Sections 5-1502A through 5-1503, which expressly permit the use of any other or different form of power of attorney.

This document does not authorize anyone to make medical or other health care decisions. You may execute a health care proxy to do this.

If there is anything about this form that you do not understand, you should ask a lawyer to explain it to you.

THIS is intended to constitute a DURABLE GENERAL POWER OF ATTORNEY pursuant to Article 5, Title 15 of the New York General Obligations Law:

I,   Samuel S. Meeker                                    do hereby appoint:

*(insert your name and address)*

Herbert S. Meeker

*(If 1 person is to be appointed agent, insert the name and address of your agent above)*

*(If 2 or more persons are to be appointed agents by you insert their names and addresses above)*

my attorney(s)-in-fact TO ACT

*(If more than one agent is designated, CHOOSE ONE of the following two choices by putting your initials in ONE of the blank spaces to the left of your choice:)*

[          ] Each agent may SEPARATELY act.
[          ] All agents must act TOGETHER.

*(If neither blank space is initialed, the agents will be required to act TOGETHER)*

IN MY NAME, PLACE AND STEAD in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in Title 15 of Article 5 of the New York General Obligations Law to the extent that I am permitted by law to act through an agent:

This Durable Power of Attorney shall not be affected by my subsequent disability or incompetence.

If every agent named above is unable or unwilling to serve, I appoint *(insert name and address of successor)*

to be my agent for all purposes hereunder.

**To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.**

**This Durable General Power of Attorney may be revoked by me at any time.**

**In Witness Whereof,** I have hereunto signed my name this ⊃∘ day of November 2006

(YOU SIGN HERE:) ➡ *Samuel S Meeker*
*(Signature of Principal)*

## ACKNOWLEDGMENT IN NEW YORK STATE

STATE OF NEW YORK, COUNTY OF  New York                      ss.:

On                                before me, the undersigned, personally appeared

Samuel S Meeker

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
*(signature and office of person taking acknowledgment)*

## ACKNOWLEDGMENT OUTSIDE NEW YORK STATE

STATE OF  California         COUNTY OF  Los Angeles        ss.:

On  11-8-06              before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in

*(insert city or political subdivision and state or county or other place acknowledgment taken)*

STUART TOOREDMAN
Commission # 1393679
Notary Public - California
Los Angeles County
My Comm. Expires Jan 14, 2007

_____
*(signature and office of person taking acknowledgment)*

**(DIRECTIONS: Initial in the blank space to the left of your choice any one or more of the following lettered subdivisions as to which you WANT to give your agent authority. If the blank space to the left of any particular lettered subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Alternatively, the letter corresponding to each power you wish to grant may be written or typed on the blank line in subdivision "(Q)", and you may then put your initials in the blank space to the left of subdivision "(Q)" in order to grant each of the powers so indicated.)**

[          ] (A) real estate transactions;

[ _SSm_ ] (B) chattel and goods transactions;

[          ] (C) bond, share and commodity transactions;

[ _SSm_ ] (D) banking transactions;

[          ] (E) business operating transactions;

[          ] (F) insurance transactions;

[          ] (G) estate transactions;

[          ] (H) claims and litigation;

[          ] (I) personal relationships and affairs;

[          ] (J) benefits from military service;

[          ] (K) records, reports and statements;

[          ] (L) retirement benefit transactions;

[          ] (M) making gifts to my spouse, children and more remote descendants, and parents, not to exceed in the aggregate $10,000[1] to each of such persons in any year;

[          ] (N) tax matters;

[          ] (O) all other matters

[          ] (P) full and unqualified authority to my attorney(s)-in-fact to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select;

[          ] (Q) each of the above matters identified by the following letters: ....................

..........................................................

*(Special provisions and limitations may be included in the statutory short form durable power of attorney only if they conform to the requirements of section 5-1503 of the New York General Obligations Law.)*

_____

[1] As of January 1, 2002, the annual gift tax exclusion is $11,000. To authorize gifts up to $11,000, add language to that effect under "Special provisions..." above.

H. S. M.

12/24/13

To whom it may
Concern

RE: Herbert S.
Moekos
acct #380186292775

Please send for the form
authorizing on agent at
Vanguard to speak to my
son Oliver H. Moeker
Concerning my account

Herbert Smoeker


**Baer Marks & Upham LLP**

# Memorandum

| | | | | |
|---|---|---|---|---|
| **To:** | Christopher J. Lagno | | **Date:** | December 11, 2001 |
| **From:** | Herbert S. Meeker | | | |

**Re:**     Samuel S. Meeker Trust Agreement

---

Thanks very much for preparing the Samuel S. Meeker Trust Agreement, a copy of which as signed by Sam, Elizabeth and myself on October 30, 2001 is annexed.

Could you prepare a duplicate document for Henry S. Meeker who will be 18 years of age on January 26, 2002 after which date I will have him sign the Trust Agreement. The agreement can be dated February 1, 2002.

ICAN HOME PRODUCTS CORPORATION
RFCT PURCHASE AND SALE PLAN

**STATEMENT OF ACCOUNT**

The Bank of New York
P.O. Box 1958
Newark, NJ 07101-0774                    01
                                         06576

Answers to many questions and request are
available by visiting The Bank of New York's
website at: http://stock.bankofny.com  or
Email at: Shareowner-Svcs@Email.bankofny.com
**1-800-565-2067**

Company Number
Account Number

ELIZABETH H SNELLING CUST
SAMUEL S MEEKER
UNIF GIFT MIN ACT NY
C/O HERBERT MEEKER
805 THIRD AVE 20TH FL
NEW YORK NY 10022-7513

03/01/02
Next Anticipated Investment Date  WEEKLY

## CURRENT DIVIDEND PURCHASE INFORMATION

| Acc in Certificate Form Direct Registration | Plan Record Date Position Held By Plan Administrator | Total | Rate | Gross Dollars Paid | Service Fees | Tax Withheld | Net Dollars Reinvested |
|---|---|---|---|---|---|---|---|
| 200 | 1914.4720 | 2114.4720 | .2300 | 486.33 | 3.00 | .00 | 483.33 |

## YEAR-TO-DATE TRANSACTIONS

| tion Date | Transaction Description | Transaction Dollars | Price per Share | Transaction Shares | Total Shares Held by Administrator |
|---|---|---|---|---|---|
|  | BALANCE FORWARD |  |  |  | 1914.4720 |
| 3/01/02 | COMMON DIVIDEND | 43.70 | 64.5863 | .6766 | 1915.1486 |
| 3/01/02 | PLAN DIVIDEND | 639.63 | 64.5863 | 6.8069 | 1921.9555 |

*BNY Customer service (800) 830-0549*

*Bureau of unclaimed*

IF YOU HAVE ANY
DEPARTMENT OR V
REQUEST, PLEASE

LEASE CALL OUR INVESTOR RELATIONS
ER EXPEDITE YOUR TRANSACTION
W.

## YEAR-TO-DATE SUMMARY

| GROSS DIVIDENDS | TAXES WITHHELD | CASH CONTRIBUTIONS | SERVICE FEES | TOTAL FUNDS INVESTED | ADDITIONAL INCOME | FAIR MARKET VALUE |
|---|---|---|---|---|---|---|
| 486.33 | .00 | .00 | 3.00 | 483.33 | .00 | 137,049.25 |

## INSTRUCTIONS FOR TRANSACTION REQUEST SECTION BELOW:

ssue certificate - Mark Box #1 to receive plan shares in certificate form. The existing reinvestment option on shares by you will not change.

ssue Direct Registration - Mark Box #2 to issue a Direct Registration System (DRS). Enter the number of whole shares from your plan position you wish to issue.

ssue a certificate for all whole shares and a check for fractional shares - Mark Box #3 to withdraw all your plan shares. Your Plan account will be terminated.

Sell shares - Mark Box #4 to sell certificated, DRS or Plan Shares. You will receive a check for the proceeds of the sale. Your Plan account will be terminated. only if "ALL" plan shares are indicated.

Address change -Mark Box #5 and complete address change information on other side of form.

Certificate deposit for safekeeping - Mark Box #6 to deposit your certificate shares. Enter the number of whole shares to be deposited.

Cash Contribution - Mark Box #7 and fill in the dollar amount to be invested for your plan account.

PORTANT: MAIL ALL REQUESTED TRANSACTIONS TO:   THE BANK OF NEW YORK, P.O. BOX 1958, NEWARK, NJ 07101-0774

EASE PRINT NUMERALS, IN BLUE OR BLACK INK, IN THIS STYLE:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

L REQUESTS MUST BE SIGNED BY ALL REGISTERED OWNERS.

DETACH HERE



# FITZPATRICK LENTZ & BUBBA
**ATTORNEYS AT LAW**

FITZPATRICK LENTZ & BUBBA, P.C. • 4001 SCHOOLHOUSE LANE • PO BOX 219 • CENTER VALLEY, PA 18034-0219

STABLER CORPORATE CENTER • PHONE: 610.797.9000 • FAX: 610.797.6663 • www.flblaw.com

Edward J. Lentz

Joseph A. Fitzpatrick, Jr.

Joseph A. Bubba

Timothy D. Charlesworth

Douglas J. Smillie*

Emil W. Kantra II

Joseph S. D'Amico, Jr.*

Michael R. Nesfeder

Catherine E. N. Durso

Jane P. Long

Erich J. Schock

James A. Bartholomew

Jacob M. Sitman*

Edward Hoffman, Jr.*

Steven T. Boell

Joshua A. Gildea

Marie K. McConnell*

Barbara S. Zicherman†

Anthony S. Rachuba IV*

Maraleen D. Shields

Thomas J. Schlegel*

Colin J. Keefe†

Gretchen L. Geisser*

Kenneth R. Charette*

Mallory J. Sweeney*

†Also admitted in New York
*Also admitted in New Jersey

James G. Kellar
1927-2002

John R. Mordschein
Special Counsel
Family and
Matrimonial Law

Douglas Panzer*
Of Counsel
Intellectual Property Law

Albertina D. Lombardi*
Kathleen M. Mills
Of Counsel

EMAIL: ekantra@flblaw.com          DIRECT FAX: 610-289-2405

December 9, 2014

Honorable Emil A. Giordano
Northampton County Courthouse
669 Washington Street
Easton, PA 18042

    **RE:**   **Samuel S. Meeker v. Oliver H. Meeker**
        **No. 2014-0807**

Dear Judge Giordano:

      The above referenced matter is a Protection from Abuse matter which was listed for final hearing before you on November 24, 2014 in which I represent the Defendant, Oliver Meeker, and the Plaintiff, Samuel Meeker, my client's brother, proceeded *pro se*. My client and I appeared at the time of hearing but Samuel Meeker did not and, therefore, your Honor entered an Order to Dismiss. At the time your Honor signed the Order, you indicated that the matter would be dismissed with prejudice. I filed the Order you entered but I did not realize until I went to close out the file that the designation on the disposition of the case was "without prejudice" rather than "with prejudice". I believe it was simply a matter of your Honor checking the incorrect line on the form Order. Therefore, on behalf of my client, I am requesting that the original November 24, 2014 Order to Dismiss be vacated and that a new Order be entered simply providing that the original PFA matter be dismissed with prejudice. For your Honor's convenience, I have enclosed with this correspondence a copy of the original Order filed November 24, 2014 together with a proposed revised Order to Dismiss. Should your Honor require any additional action on my part in order to have the new Order entered, please advise me. If your office needs to contact me, my direct dial extension is 302.

Very truly yours,



EMIL W. KANTRA II

EWK:mr
Enclosure
cc:   Mr. Samuel S. Meeker
      Mr. Oliver Meeker

4/29/14

OLLie:

As you may recall Mom took out a mortgage on my house when she was settling with John. I want to be sure this mortgage is satisfied when Mom closes on the sale of her house on Porter Street.

Dad

*marked*
*Bill paid 3/10/14*

# FL&B

## FITZPATRICK LENTZ & BUBBA

ATTORNEYS AT LAW

FITZPATRICK LENTZ & BUBBA, P.C. · 4001 SCHOOLHOUSE LANE · PO BOX 219 · CENTER VALLEY, PA 18034-0219
STABLER CORPORATE CENTER · PHONE: 610.797.9000 · FAX: 610.797.6663 · www.flblaw.com

Edward J. Lentz

Joseph A. Fitzpatrick, Jr.

Joseph A. Bubba

Timothy D. Charlesworth

Douglas J. Smillie*

Emil W. Kantra II

Joseph S. D'Amico, Jr.*

Michael R. Nesfeder

Catherine E. N. Durso

Jane P. Long

Erich J. Schock

J. Bryan Tuk*

James A. Bartholomew

Jacob M. Sitman*

Barbara Zicherman†

Edward Hoffman, Jr.*

Anthony S. Rachuba IV*

Steven T. Boell

Joshua A. Gildea

Marie K. McConnell*

Thomas J. Schlegel*

John P. Rice

Colin J. Keefe†

Gretchen L. Geisser*

Mallory J. Sweeney*

*Also admitted in New Jersey
†Also admitted in New York

James G. Kell
1927-200

John R. Mondsche
Special Couns
Family L
Matrimonial La

Douglas Panzer
Of Couns
Intellectual Property La

Albertina D. Lombard
Kathleen M. M
Of Couns

March 5, 2014

Herbert S. Meeker
60 Wottring Mill Road
Easton, PA 18042-6801

Re: Estate Planning

Dear Herb:

I recently was told by Oliver that, contrary to the note which you had sent to me on February 13, you had had now decided to sign the new durable Power of Attorney which I had prepared for you in early February. This week I spoke to your care giver, Renee, who said that she would make an appointment to bring you to my office so that three copies of the Power of Attorney could be signed by you in the presence of two witnesses and a notary from my office.

The Power of Attorney also requires the Acknowledgment of appointment by your Agents, who are Oliver and Mr. Friedman; however, they need not be present for signing and can sign the Acknowledgments after you have signed. Their signatures do not need to be witnessed or acknowledged by a Notary.

So, I would encourage you to have Renee call my office and schedule an appointment to come in and sign the new Power of Attorney which conforms to current PA law. The one which you have previously signed does not strictly comply, and I am therefore concerned that in an emergency situation it may not be accepted as legal authority for your Agents to act on your behalf.

As requested by you in your February 13 note, I am enclosing my invoice for legal services performed for you to date. I am also enclosing again for your consideration the durable Power of Attorney which I had previously sent to you, which I have updated with Oliver's new address. If you are ready to come in and sign it, please have Renee call and make an appointment with me to do so. Thank you.

Yours very truly,

*James A. Bartholomew*

James A. Bartholomew

If my health care agent is not readily available or if my health care agent is my spouse and an action for divorce is filed by either of us after the date of this document, I appoint the person or persons named below in the order named.  (It is helpful, but not required, to name alternative health care agents.)

First Alternative Health Care Agent: _Kathleen  Dela Porta – Friend_

(Name and relationship)

Address: _60 Wottring Mill Rd, Easton, Pa 18042_

Telephone Number: Home _610 438  8034_    Work _207 - 835 5597_

E-MAIL:_____

Second Alternative Health Care Agent: _Oliver H. Mueller – Son_

(Name and relationship)

Address: _120 Porter St  Easton, Pa  18042_

Telephone Number: Home _(610) 554 3137_    Work _484  767 6269_

E-MAIL:_____


GUIDANCE FOR HEALTH CARE AGENT (OPTIONAL)

GOALS

If I have an end-stage medical condition or other extreme irreversible medical condition, my goals in making medical decisions are as follows (insert your personal priorities such as comfort, care, preservation of mental function, etc.)

_I would like to be made as comfortable as possible and be able to communicate. It is absolutely necessary that I be maintained at home, my home, 60 Wottring Mill Rd. Easton, Pa. I do not want to live in a care center or senior home. If medical care is required I would go to a hospital until my medical care is taken care of._


SEVERE BRAIN DAMAGE OR BRAIN DISEASE

2017 - 12:55:51 PM

# 201103202005   Type: MORT   Recorded: Nov 18, 2011 - 12:31:34 PM   Inst. Date: Nov 08, 2011
MAIN   Book: 2011-1   Page: 238084 Total Pages: 16   Ref Type: DEED   Ref Book: 2002-1   Ref Page: 310031   Ref Inst #: 2002060170
Information: 60 WOTTRINGS MILL RD   Consideration: $45,775.00
Mortgagor: MEEKER, HERBERT S   Mortgagee: EMBASSY BANK FOR THE LEHIGH VALLEY
Locations:
1 -   Map   -Blk-Lot   Municipality
      M9   -23 -53     WILLIAMS TOWNSHIP
Notations:
1 -   Instrument #   Inst Type   Date Rec.   Book / Page   Verified
      201401797      SAT         07/23/2014  2014-1        Y

# 201304341   Type: MORT   Recorded: Dec 26, 2013 - 3:29:19 PM   Inst. Date: Dec 12, 2013
MAIN   Book: 2013-1   Page: 327367 Total Pages: 11   Ref Type: DEED   Ref Book: 2002-1   Ref Page: 310031   Ref Inst #: 2002060170
Information: 60 WOTTRINGS MILL RD   Consideration: $20,000.00
Mortgagor: MEEKER, HERBERT S   Mortgagee: NATIONAL PENN BANK
Locations:
1 -   Map   -Blk-Lot   Municipality
      M9   -23 -53     WILLIAMS TOWNSHIP
Notations:
1 -   Instrument #   Inst Type   Date Rec.   Book / Page
      201500735      SAT         04/02/2015  2015-1  53393

# 201401797   Type: SAT   Recorded: Jul 23, 2014 - 3:30:40 PM   Inst. Date: Jul 17, 2014
MAIN   Book: 2014-1   Page: 123192 Total Pages: 3   Ref Type: MORT   Ref Book: 2011-1   Ref Page: 238084   Ref Inst #: 201103202005
Information: 60 WOTTRINGS MILL RD
Grantor: MEEKER, HERBERT S   Grantee: EMBASSY BANK FOR THE LEHIGH VALLEY
Locations:
1 -   Map   -Blk-Lot   Municipality
      M9   -23 -53     WILLIAMS TOWNSHIP

# 201500735   Type: SAT   Recorded: Apr 02, 2015 - 2:40:30 PM   Inst. Date: Mar 31, 2015
MAIN   Book: 2015-1   Page: 53393 Total Pages: 3   Ref Type: MORT   Ref Book: 2013-1   Ref Page: 327367   Ref Inst #: 201304341
Information: 60 WOTTRINGS MILL RD
Grantor: MEEKER, HERBERT S   Grantee: NATIONAL PENN BANK (BY AGENT)
                              2 - PLYMOUTH GROUP LLC (AS AGENT)
Locations:
1 -   Map   -Blk-Lot   Municipality
      M9   -23 -53     WILLIAMS TOWNSHIP

**ASSY BANK**
for the Lehigh Valley
*anking Without Borders*

Account Number: ██████
Billing Date: 03-31-2014

PLEASE PAY: $211.98
If payment is after 04-29-2014
the payment is $222.58

Apply excess to:

Escrow: _____

Principal: _____

Late Charges: _____

Other (Explain): _____

Total Enclosed: _____

payment will be deducted from account # ██████.

Herbert S. Meeker
Elizabeth R. Snelling
60 Wottring Mill Rd
Easton, PA 18042

----Return the Top Portion with Your Pa...

t Number:
ty Address: 60 W...                ton, PA 18042

Curren...

pal Balance                YTD Interest          39...
r Balance                  Prior YTD Interest    1,67...
st Rate           .50%

P...t(s)

| ment Date | Prin...pal & Int...st | Escrow | Late Charge | Fees/ Othe... |
|-----------|-----------------|--------|-------------|----------------|
| 2014 | 211.98 | 0.00 | 0.00 | |

**Activity since 03-01-2014**

| Description | Applies To | Amount |
|-------------|------------|--------|
| ...ular Regular Payment | Note Interest | -125.84 |
| Regular Payment | Note Balance | -86.14 |

The Annual Percentage Rate and the Daily Periodic Rate may vary

...5 · Lehigh Valley, PA 18002-0405 · 610-691-5000 · www.embassybank.com

## road Street Ministry Mail Service: Agreement Form

our new mailing address: **Your Name**
                          **315 South Broad Street, Unit** *0325*
                          **Philadelphia, PA 19107**

signing below, you agree to the following:

<table>
<tr><td>

**Mail Hours**

**Monday: 8:00am-11:00am**
**Tuesday: 11:30am-3:00pm**
**Wednesday: 3:00pm-5:30pm**
**Thursday: 11:30am-3:00pm**
**Friday: 11:30am-1:30pm**

</td></tr>
</table>

. I agree to personally pick up my mail unless I have previously filled out an authorization form for someone else to pick up my mail.

. I understand that it is my responsibility to have my mail sent to BSM when I sign up. BSM does not provide a mail forwarding service to or from this address.

I understand that I may be asked for my ID in order to verify my identity and keep my mail safe.

I understand that I may receive small packages here, but they must be small enough to fit into the mail cabinet. We request that all packages sent here be no larger than the size of a shoebox.

I understand that I must pick up my mail at least once a month. I understand that after 30 days, my mail may be returned to the sender if I have not picked it up.

I understand that I must notify the BSM Mail Service staff if there are circumstances that keep me from coming to BSM to pick up my mail regularly. My mail will then be held until the agreed upon date.

I understand that I must notify the mail service staff immediately if and when I stop using the BSM address and that it is my responsibility to inform people of my new mailing address.

I understand that I may contact the Mail Service staff during the mail hours listed above at **215-735-4847 ext. 103** if I have any questions or concerns about the mail service.

I understand that I may not list BSM's phone number as my personal or business phone number.

. I agree not to have any perishable, sexually explicit mail, or illegal materials sent to this address.

. I understand that if any government authority (including law enforcement agencies) were to contact BSM regarding my address, BSM will confirm that I am using this address as my mailing address.

. I understand that if I share the same name (first and last) with another guest, and have mail that arrives without a unit number, the staff at BSM may open my mail in order to discover to whom it belongs.

. I understand that if mail is returned to BSM with no return name, the mail will be opened in order give it to the correct person.

*Samuel S. Meeker* _____   *03/23/82* _____
t name)                      (birthdate)

*[signature]* _____   *11/27/17* _____
Hame)                 (date)

*[signature]*
M staff signature)

tial Sign-up
-Enroll. Reason (If specified): _____

<table>
<tr><td>

**Did you know...**

*Concierges Leah and Michael are available during open hours, Monday-Friday, to work with you on your goals, including connecting to benefits such as food stamps, Pennsylvania photo ID, Medicare/Medicaid, etc.*

</td></tr>
</table>

<table>
<tr><td>

**How did you hear about us?**

☐ Friend / Relative / Acquaintance

☐ Other Organization _____

☐ Came to BSM for other services (meal, etc.)

☐ Other _____

</td></tr>
</table>

COMMONWEALTH OF PENNSYLVANIA      )
                                  )      SS:
COUNTY OF LEHIGH                  )

I, HERBERT S. MEEKER, whose name is signed to the attached or foregoing instrument, having been duly qualified according to law, do hereby acknowledge that I signed and executed the instrument as my Last Will and Testament; that I signed it willingly; and that I signed it as my free and voluntary act for the purposes therein expressed.

_Herbert S Meeker_

_____
Herbert S. Meeker

SWORN TO and

subscribed before me

this 21st day of December, 2015.

_Megan A. Huffman_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Megan A. Huffman, Notary Public
Upper Saucon Twp., Lehigh County
My Commission Expires June 9, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

COMMONWEALTH OF PENNSYLVANIA )
                                       ) SS:

COUNTY OF LEHIGH                    )

         I, HERBERT S. MEEKER, whose name is signed to the attached or foregoing instrument, having been duly qualified according to law, do hereby acknowledge that I signed and executed the instrument as the First Codicil to my Last Will and Testament dated December 21, 2015; that I signed it willingly; and that I signed it as my free and voluntary act for the purposes therein expressed.

                                    _Herbert S. Meeker_
                                          Herbert S. Meeker

SWORN TO and subscribed

before me this 8th day of March, 2017.

                                          COMMONWEALTH OF PENNSYLVANIA
                                          NOTARIAL SEAL
_Elizabeth A. Zettlemoyer_                  Elizabeth A. Zettlemoyer, Notary Public
Notary Public                               Upper Saucon Twp., Lehigh County
                                          My Commission Expires June 9. 2020
                                          MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL

EXPIRY: OCT 31, 2013          VALID: 09/04/12

PLATE: FVX2285
TITLE: 61635840001 ME
VIN: 1N4AL11D65C166074
YR/MAKE: 2005 NISSAN
TYPE:
SGN:
MED: 12246 5e04-001081-0051

EMISSIONS INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT    COUNTY: NORTHAMPTON

HERBERT S MEEKER
60 WOTTRING MILL RD
EASTON PA 18042

I hereby acknowledge the day that I have received
notice of the provisions of Section 3705 of the Vehicle
Code.

Helmus S Meeker
SIGNATURE

---

PENNSYLVANIA
Financial Responsibility Identification Card

NAIC NUMBER
23353

[STATE]
POLICY NUMBER
APA 0023736

COMPANY
MERIDIAN SECURITY INS CO

YEAR
05

MAKE/MODEL
NISSA ALTIMA BASE

EFFECTIVE DATE
01-25-13

EXPIRATION DATE
*SEE BELOW

AGENCY / COMPANY ISSUING CARD
HAMPSON-MOWRER-KREITZ
54 S COMMERCE WAY STE 150
BETHLEHEM, PA    18017
610/868-8507

VEHICLE IDENTIFICATION NUMBER
1N4AL11D65C166074

INSURED
HERBERT MEEKER
60 WOTTRING MILL RD
EASTON, PA

18042

*NOT VALID MORE THAN 1 YR FROM EFFECTIVE DATE

SEE IMPORTANT NOTICE ON REVERSE SIDE

R R 31



Account: ▮▮▮▮▮▮▮
Amount: 150.00
PostDate: 20170605
Tran_ID: 520884331
CheckNum: 0
DIN: 520884341
ReturnReasonDescription:
ECEItemSeqNum: 000000520884341

533645166446 170130    20170605 000001390017622419
TRN_DEBIT     ROMANXVF          15000
Palmer Park 0336      94004 5336 4  0086

Account: ▮▮▮▮▮▮▮
Amount: 150.00
PostDate: 20170605
Tran_ID: 520884331
CheckNum: 0
DIN: 520884341
ReturnReasonDescription:
ECEItemSeqNum: 000000520884341



CHECK#:156          $125.00

CHECK#:157          $230.00

CHECK#:158          $120.00

CHECK#:159          $1,000.00

CHECK#:160          $123.72

James A. Bartholomew, Esq
4001 schoolhouse lane
P.O. Box 219
Center Valley, Pa. 18034-0219

Dear Jim:

As us usual nice to hear from you. I am still in rehab and will be for a while. When I am out I will come to see you about revisions in my will. After a good deal of thought and, to avoid any trouble I want you you so carefully to eliminate SECOND B which to you carefully drafted. Sam will be 1/3 equal partner so with his brothers. There are two additional bequests: Finn Golden $10,000, Walter Tooss $10,000 a and a couple of changes in amounts with respect to Reyne and Michele. While we deal with personal effects, we have not dealt with the house which any one of the boys should have the option to purchase out of his

shown in the estate at its appraised
value, together with real property taxes and
reasonable expenses for one year. It is my hope
that one of them will exercise the option and the
house remains in the family, so all of B, C and D
will be eliminated from the Will.

It is not necessary to mention "Trust" and
"Trustee" throughout the Will. Will. T. after eliminating
B, C and D. ? I would like to take care of my
two dogs (Lucky + Daisy). How about $2,500
per dog.    Thanks for your help and we can

talk when I see you soon. It is not necessary
to share this with the boys. Sincerely
        Janyof        Bob.

P.S. Thanks for taking care of
the lawsuit. How about Phil, Joel and
                        David       who are my

friends and have nothing to do with with
prestige as long as I have

303936

# DEED

**THIS INDENTURE,** made the 7th day of November, the year of our Lord Two Thousand, Two (2002),

**BETWEEN CLAUDE BOUCHER and JAMIE L. BOUCHER,** husband and wife, of the Township of Williams, County of Northampton, and Commonwealth of Pennsylvania, (hereinafter called **Grantors**) parties of the first part,

**AND**

**HERBERT S. MEEKER** (hereinafter called **Grantee**), party of the second part,

**NOW THIS INDENTURE WITNESSETH,** that the said Grantors, for and in consideration of the sum of **TWO HUNDRED, TWENTY-TWO THOUSAND DOLLARS ($222,000.00),** lawful money of the United States, unto them well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, have granted, bargained, and sold, released and confirmed, and by these presents do grant, bargain and sell, release and confirm unto the said Grantee, his heirs and assigns, as follows:

**ALL THAT CERTAIN** tract or parcel of land situate, lying and being in the Township of Williams, County of Northampton, and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

**BEGINNING** at an iron pipe on the Southerly side of Morvale Road, said iron Pipe also being the Northwest corner of lands now or formerly of Jack Davis and wife; thence (1) along lands now or formerly of Jack Davis South forty degrees thirty-two minutes thirty-four seconds West (S40-32-34W) a distance of three hundred twenty-two and fifty-nine one hundredths feet (322.59) to an iron pipe; thence (2) along lands now or formerly of Diehl North forty-four degrees fifty-eight minutes thirty-four seconds West (N 44-58-34 W) a distance of four hundred four and sixty-one one hundredths feet (404.61) to an iron pipe at the right-of-way line, 25 feet from the centerline of Wottrings Mill Road; thence (3) along Wottrings Mill Road right-of way line North fifty-two degrees thirty-six minutes twenty-nine seconds East (N52-36-29 E) a distance of one hundred two and forty-one one hundredths feet (102.41) to a point; thence (4) still along Wottrings Mill Road North sixty-eight degrees thirteen minutes fifty-four seconds East (N 68-13-54 E) a distance of one hundred fifty-eight and eighty-three one hundredths feet (158.83) to a point; thence (5) still along Wottrings Mill Road North seventy-seven degrees forty-seven minutes twelve seconds East (N 77-47-12 E) a distance of sixty-nine and seventy-five one hundredths feet (69.75) to a point; thence (6) still along Wottrings Mill Road North seventy-five degrees seven minutes thirty-four seconds East (N 75-07-34 E) a distance of ninety-two and ninety-three one hundredths feet (92.93) to an iron pipe approximately 10 feet from the centerline of Morvale Road; thence (7) along Morvale Road South twenty-seven degrees three minutes forty seconds East (S 27-03-40 E) a distance of

seventy-eight and forty-four one hundredths feet (78.44) to a point; thence (8) still along Morvale Road South twenty-nine degrees eleven minutes nineteen seconds East (S 29-11-19 E) a distance of one hundred fifty and eight one-hundredths feet (150.08) to an iron pipe the point and place of Beginning. Containing 2.745 acres of land.

The above description being in accordance with survey made by Kenneth F. Mann, Professional Engineer, dated August 31, 1976.

**BEING THE SAME PREMISES** which Claude Boucher and Jamie L. Boucher, husband and wife, by their deed dated October 19, 1992, and recorded in the office for the recording of deeds in and for the County of Northampton, at Deed Book Volume 877, page 644, granted and conveyed unto Claude Boucher and Jamie L. Boucher, grantors herein.

ALSO KNOWN AS NORTHAMPTON COUNTY UNIFORM TAX PARCEL IDENTIFIER NO. MAP M9     BLOCK 23         LOT 53

**TOGETHER** with all and singular the improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any way appertaining, and the reversions and remainders, rents, issues and profits thereof; and all the estate, right, title, interest property, claim and demand whatsoever of the said Grantors, as well at law as in equity, of, in, and to the same.

**TO HAVE AND TO HOLD** the said hereditaments and premises hereby granted or mentioned, and intended so to be, with the appurtenances, unto the said Grantee his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs, and assigns forever.

**AND** the said Grantors, their heirs, executors, and administrators do covenant, promise and agree, to and with the said Grantees, their heirs and assigns, by these presents, that the said Grantors, their heirs and assigns, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, against the said Grantee, his heirs and assigns, and against all and every person and persons, whomsoever lawfully claiming or to claim the same or any part thereof, by, from, or under them, or any of them, shall and will **SPECIALLY WARRANT and forever DEFEND.**

**IN WITNESS WHEREOF,** the parties of the first part have hereunto set their hands and seals the date and year first above written.

**WITNESS:**

_CLAUDE BOUCHER_
**CLAUDE BOUCHER**

_Jamie L. Boucher_
**JAMIE L. BOUCHER**

VOL: 2002-1
PAGE:
310032

I hereby certify that the address of the above-named Grantee is 60 WOTTRING MILL ROAD, EASTON, PA 18042-6801.

RECORD AND RETURN TO:

I hereby CERTIFY that this document is recorded in the Recorder's Office of Northampton County, Pennsylvania.

Ann L. Achatz

| | |
|---|---|
| TOTAL | $4,481.50 |
| IMPROVEMENT FEE DEEDS RECORDS | $3.00 |
| IMPROVEMENT FEE COUNTY RECORDS | $4.00 |
| SCHOOL DISTRICT WILSON AREA | $1,110.00 |
| TOWNSHIP WILLIAMS | $1,110.00 |
| STATE WRIT TAX | $0.50 |
| TAX STATE TRANSFER | $2,220.00 |
| JUSTICE JCS/ACCESS TO | $10.00 |
| RECORDING FEES | $13.00 |
| - ADMIN FEE AFFORDABLE HOUSING | $1.75 |
| AFFORDABLE HOUSING | $11.05 |

1:24:16 PM
NOV 07, 2002
RECORDED ON
200206070120
INSTRUMENT NUMBER
PENNSYLVANIA
NORTHAMPTON COUNTY
RECORDER OF DEEDS

**COMMONWEALTH OF PENNSYLVANIA**

~~Lehigh~~

**COUNTY OF ~~NORTHAMPTON~~**

: SS.

:

On the 7th day of Nov. , 2002, before me, a NOTARY PUBLIC in and for the said County and State, personally appeared CLAUDE **BOUCHER AND JAMIE L. BOUCHER**, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same for the purposes therein contained.

**IN WITNESS WHEREOF, I hereunto set my hand and official seal.**

**NOTARY PUBLIC**

NOTARIAL SEAL
ANNETTE SHELLY, Notary Public
City of Allentown, Lehigh County, Pa.
My Commission Expires May 2, 2003.

Print                                                                    Page 1 of 2

Subject: Fwd: Thor Sec. 1244 stock
From: meekerherbert@yahoo.com (meekerherbert@yahoo.com)
To: lwolves47@yahoo.com;
Date: Monday, June 24, 2013 11:56 AM

Sent from my iPad

Begin forwarded message:

**From:** Pierre Tonachel <pierretonachel@yahoo.com>
**Date:** June 23, 2013, 10:15:53 AM EDT
**To:** Herb <meekerherbert@yahoo.com>
**Subject: Thor Sec. 1244 stock**
**Reply-To:** Pierre Tonachel <pierretonachel@yahoo.com>

```
Hi Herb--

The Sec. 1244 shares we bought were represented by two certificates
each: In my case, Cert. 11, dated 5/29/07, for 17,657 shares, and
Cert. 7, dated 12/31/08, for 44,843 shares.  Your '08 certificate
was #6; I'm guessing the '07 one was #9 or #10.

The cost for each 17,657 share certificate was $50,000.  The 44,843
share certificates each cost $125,000.

In 2011, we each sold 17,657 shares; in my case, I transferred my
certificate #11 (basis $50,000) in its entirety to you.   You sold
your shares to Capital Administration, presumably by transferring
your '07 certificate (#9 or #10?).

In 2012, I sold 17,843 shares to you, transferring such shares by a
partial assignment out of my certificate #7, and Thor issued a new
certificate #97 for my balance of 27,000 shares, dated 8/3/12.

In 2012 you also sold 17,843 shares.  That transaction should have
been effected by a partial assignment of your certificate #6, with
Thor issuing you a new certificate for your balance of 27,000
shares.

In any case, at January 1, 2013 we each held 27,000 shares remaining
of the original Sec. 1244 shares that we purchased.  I think it is
important to maintain an audit trail confirming that shares you sold
in 2011 and 2012 can be traced back to those Thor certificates
issued in '07 and '08.
```

Print                                                                Page 2 of 2

I'm mailing you my Thor certificate # 97 for 27,000 shares, of which
18,000 shares have been assigned to you in accordance with your
purchase made on June 19, 2013.  Thor should return to me a
certificate for 9,000 shares, representing the remainder of my Sec.
1244 stock, dated as of the date of such transaction.

Under the "wash sale" rules of the IRS, you have to avoid making any
sales of Thor stock for at least 30 days after this purchase if you
intend such sale to be eligible for Sec. 1244 treatment.

Pierre



**AFFIDAVIT THAT POWER OF ATTORNEY IS IN FULL FORCE**

*(Acknowledgment by a notary public)*

STATE OF _CALiforNIA_  COUNTY OF _Los ANgeles_ ss.:

_SAMUEL MeeKer_ being duly sworn, deposes and says:

1. The Principal within did, in writing, appoint me as the Principal's true and lawful ATTORNEY(S)-IN-FACT in the within Power of Attorney.

2. I have no actual knowledge or actual notice of revocation or termination of the Power of Attorney by death or otherwise, or knowledge of any facts indicating the same. I further represent that the Principal is alive, has not revoked or repudiated the Power of Attorney and the Power of Attorney still is in full force and effect.

3. I make this affidavit for the purpose of inducing

to accept delivery of the following Instrument(s), as executed by me in my capacity as the ATTORNEY(S)-IN-FACT, with full knowledge that this affidavit will be relied upon in accepting the execution and delivery of the Instrument(s) and in paying good and valuable consideration therefor:



STUART TOOREDMAN
Commission # 1393879
Notary Public - California
Los Angeles County
My Comm. Expires Jan 14, 2007

Sworn to before me on   _11/08/06_   _[signature] Tooredman Notary_

---

*Publisher's Note: This document is printed on 50% cotton paper. Unlike ordinary photocopy paper, this stock resists turning brittle and brown with age. Insist on genuine Blumberg forms to ensure the longevity of this important document.*

*The publisher maintains property rights in the layout, graphic design and typestyle of this form as well as in the company's trademarked logo and name. Reproduction of blank copies of this form without the publisher's permission is prohibited. Such unauthorized use may constitute a violation of law or of professional ethics rules. However, once a form has been filled in, photocopying is permitted.*

Samuel S. meeke

TO

Herbert S. Meeker

DURABLE

**Power of Attorney**

Statutory Short Form

Dated,

**(TYPE OR PRINT) Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.**

**WARNING –** FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

## ASSIGNMENT OF TITLE

PURCHASER OR PURCHASER: **Azar Towing**

SUBSCRIBED AND SWORN TO BEFORE ME: **12 10 14**

*Taylor L Kircher*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Taylor L. Kircher, Notary Public
Palmer Twp., Northampton County
My commission expires June 03, 2018

SIGNATURE OF CO-SELLER: **(X) Herbert S. Smeeton**
HANDPRINT NAME HERE: **(X) Herbert S. Maaker**

### RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

(VOID)

**Nissan**
**12/10/14**

CHECK HERE IF APPLICATION FOR DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $

An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.

6/30/13

Dear Marge:

My father, Herbert S. Meeker
of 60 Wottring Mill Road, Easton, Pa 18042
will send you $15,000 to cover the cost of
"D.J." equipment to be purchased by me
up to a maximum of $15,000. I will deliver
to you valid invoices for the equipment.

Upon receipt by you of my
share of the Snelling Estate funds, I hereby
irrevocably authorize you to deduct
from my share and pay to my father ~~the~~ 2%
$15,000.

Thank you so much
Sincerely

Samuel S. Meeker